810095

ARTICLES OF INCORPORATION

OF

SHAH CHEMICAL CORPORATION

FILED
In the office of the Secretary of State
of the State of California
MARCH FONG EU, Secretary of State

FEB 22 1977

By _____
Deputy Secretary of State

I

The name of this corporation is SHAH CHEMICAL CORPORATION.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name ~~and address~~ in the State of California of this corporation's initial agent for service of process is: The Prentice-Hall Corporation System, Inc., ~~5225 Wilshire Boulevard, Suite 1000, Los Angeles, California, 90036.~~

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 2,500.

DATED: February 15, 1977.

_____
HUSSAIN M. SHAIKH

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

_____
HUSSAIN M. SHAIKH

# STATEMENT BY DOMESTIC STOCK CORPORATION

FILED
SACRAMENTO, CALIF
MAR 2 '81

SECRETARY OF STATE

PLEASE READ INSTRUCTIONS ON BACK OF FORM

PLEASE TYPE OR USE BLACK INK WHICH WOULD BE SUITABLE FOR MICROFILMING

FEE FOR FILING THIS STATEMENT  $5.00

8100950  DUE DATE 02/28/81  25375

SHAH CHEMICAL CORPORATION
132 WEST 132ND ST
LOS ANGELES, CA 90061

30918018

THE CORPORATION NAMED HEREIN, ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, MAKES THE FOLLOWING STATEMENT.

| | | | |
|---|---|---|---|
| 132 W. 132nd Street | | Los Angeles, CA | 90061 |
| | | | |
| | | CALIF. | |

NAMES OF THE FOLLOWING OFFICERS ARE:

| Hussain M. Shaikh | 132 W. 132nd Street | Los Angeles, CA | 90061 |
| Mohd. Yousuf Shaikh | 132 W. 132nd Street | Los Angeles, CA | 90061 |
| Craig Kiernan | 11661 San Vicente Blvd. #400 Los Angeles, CA | | 90049 |

NAMES AND COMPLETE BUSINESS OR RESIDENCE ADDRESS OF INCUMBENT DIRECTORS INCLUDING THOSE DIRECTORS WHO ARE ALSO OFFICERS. (Attach a supplemental list of directors if needed).

| Hussain M. Shaikh | 132 W. 132nd Street | Los Angeles, CA | 90061 |
| Mohd. Younus Shaikh | 132 W. 132nd Street | Los Angeles, CA | 90061 |
| Mohd. Yousuf Shaikh | 132 W. 132nd Street | Los Angeles, CA | 90061 |

THE NUMBER OF VACANCIES ON THE BOARD IF ANY  -0-

Hussain M. Shaikh
132 W. 132nd Street, Los Angeles, CA 90061

Chemicals

2/25/1981   President   [signature: Hussain M. Shaikh]

```
SHAH CHEMICAL CORPORATION
132 WEST 132ND ST
LOS ANGELES, CA 90061
```

DO NOT ALTER PREPRINTED NAME. IF ITEM 1 IS BLANK PLEASE ENTER CORPORATE NAME.

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | SUITE OR ROOM | 2A. CITY | 2B. ZIP CODE |
|---|---|---|---|
| 132 West 132nd Street (DO NOT USE P.O. BOX NO.) | | Los Angeles, | 90061 |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIF. IF ANY | SUITE OR ROOM | 3A. | 3B. ZIP CODE |
|---|---|---|---|
| 132 West 132nd Street (DO NOT USE P.O. BOX NO.) | | Los Angeles, CALIF. | 90061 |

| 4. MAILING ADDRESS (OPTIONAL) | SUITE OR ROOM | 4A. CITY & STATE | 4B. ZIP CODE |
|---|---|---|---|
| | | | |

NAMES OF THE FOLLOWING OFFICERS ARE:

| 5. NAME | 5A. BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | 5B. CITY & STATE | 5C. ZIP CODE |
|---|---|---|---|
| Hussain M. Shaikh — CHIEF EXECUTIVE OFFICER | 132 West 132nd Street | Los Angeles, CA | 90061 |
| Mohamad Yousuf Shaikh — SECRETARY | 132 West 132nd Street | Los Angeles, CA | 90061 |
| Mohammad Younus Shaikh — CHIEF FINANCIAL OFFICER | 132 W. 132nd Street | Los Angeles, CA | 90061 |

8. NAMES AND COMPLETE BUSINESS OR RESIDENCE ADDRESS OF INCUMBENT DIRECTORS INCLUDING THOSE DIRECTORS WHO ARE ALSO OFFICERS. (Attach a supplemental list of directors if needed).

| NAME | BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | CITY & STATE | ZIP CODE |
|---|---|---|---|
| Hussain M. Shaikh | 132 West 132nd Street | Los Angeles, CA | 90061 |
| Mohamad Yousuf Shaikh | 132 West 132nd Street | Los Angeles, CA | 90061 |
| Mohamad Younus Shaikh | 132 West 132nd Street | Los Angeles, CA | 90061 |
| Manzoor Shaikh | 132 West 132nd Street | Los Angeles, CA | 90061 |

THE NUMBER OF VACANCIES ON THE BOARD, IF ANY   -0-

AGENT FOR SERVICE OF PROCESS   Hussain M. Shaikh, 132 West 132nd Street, Los Angeles, California 90061

Manufacturer and Distributor of Chemical Compounds.

X 2-19-82   X SEC/TRES   X Mohd [signature]

19

Best Copy Available

ARTICLES OF INCORPORATION

OF

PACIFICA CHEMICAL, INCORPORATED

FILED
In the office of the Secretary of State
of the State of California
OCT 10 1978
MARCH FONG EU, Secretary of State
By Gloria J Carroll
Deputy
900089

I

The name of this corporation is PACIFICA CHEMICAL, INCORPORATED.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name in the State of California of this Corporation's initial agent for service of process is: HUSSAIN M. SHAIKH, 447 East Rosecrans Avenue, Gardena, California 90248.

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 2,500.

DATED: September 28, 1978.

HUSSAIN M. SHAIKH

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

HUSSAIN M. SHAIKH



# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

17  S

04-416124

**FILED**
in the office of the Secretary of State
of the State of California

SEP 0 1 2004

KEVIN SHELLEY, SECRETARY OF STATE

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

   C0900089  DUE 10-31-04 06139S NPT
   PACIFICA CHEMICAL, INCORPORATED
   2910 E ANA ST
   RANCHO DOMINGUEZ CA  90221

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502)

2. ☐ Check here if the corporation is publicly traded. If publicly traded, complete this form and the Corporate Disclosure Statement, Form SI-PTSUPP. See Item 2 of instructions.

**NO CHANGE STATEMENT**

3. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, including any information contained in Form SI-PTSUPP, if applicable, check the box and proceed to Item 16.

   If there have been any changes to the information contained in either form, or no Statement of Information has been previously filed, this form (and Form SI-PTSUPP, if publicly traded) must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 935 EAST ARTESIA BLVD | CITY AND STATE: CARSON CA | ZIP CODE: 90746
5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE: CA | ZIP CODE

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

6. CHIEF EXECUTIVE OFFICER/ HUSSAIN SHAIKH | ADDRESS: 935 E. ARTESIA BLVD | CITY AND STATE: CARSON | ZIP CODE: 90746
7. SECRETARY/ HUSSAIN SHAIKH | ADDRESS: 935 E. ARTESIA BLVD | CITY AND STATE: CARSON | ZIP CODE: 90746
8. CHIEF FINANCIAL OFFICER/ HUSSAIN SHAIKH | ADDRESS: 935 E. ARTESIA BLVD | CITY AND STATE: CARSON | ZIP CODE: 90746

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME: HUSSAIN SHAIKH | ADDRESS: 935 E ARTESIA BLVD | CITY AND STATE: CARSON CA | ZIP CODE: 90746
10. NAME | ADDRESS | CITY AND STATE | ZIP CODE
11. NAME | ADDRESS | CITY AND STATE | ZIP CODE

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS: HUSSAIN SHAIKH
14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 935 E ARTESIA BLVD | CITY: CARSON | STATE: CA | ZIP CODE: 90746

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: CHEMICALS & DYESTUFF FOR TEXTILE INDUSTRY

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

HUSSAIN SHAIKH | [signature] | PRESIDENT | 7/12/04
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE

SI-200 N.C (REV 06/2004) | APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**G012819**

**FILED**

In the office of the Secretary of State
of the State of California

**AUG-31 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
PACIFICA CHEMICAL, INCORPORATED

2. **CALIFORNIA CORPORATE NUMBER**
C0900089

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | Field | City | State | Zip Code |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Officer | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**
16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/31/2018 | HUSSAIN M SHAIKH | OWNER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   APPROVED BY SECRETARY OF STATE