# EXHIBIT "3"

Recieved by [signature]
Position President
Date 7/15/81

COUNTY OF LOS ANGELES
DEPARTMENT OF COUNTY ENGINEER
SANITATION DIVISION

# NOTICE OF VIOLATION
# AND
# ORDER TO COMPLY

Date June 16, 1981

File T-7519-20

To Shah Chemical Corporation

Location 132 West 132nd street, Los Angeles

You are hereby directed to correct the following violations of Los Angeles County Ordinance No. 6130 and/or the conditions and limitations of Industrial Waste Disposal Permit No. ___ by Immediately, 19 81

Immediately discontinue the discharge of liquid waste to the sewer by way of a floor sink from the washing out of your mixing tanks.

An Industrial Waste Permit is required before discharging liquid waste to the sewer.

All liquid waste should be discharged to the sewer through an approved pretreatment facility. The facility can be installed after plans have been submitted and approved.

Submit a proposal by August 14, 1981 that would correct the above violation.

550 So. Vermont Avenue
Los Angeles, California 90020
(213) 735-2523

STEPHEN J. KOONCE, COUNTY ENGINEER
Kenneth R. Kvammen, Asst. Deputy Co. Engr.

By Robert Hartley
Robert Hartley

rw 41
3-27-81