# EXHIBIT "4"



# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC WORKS

900 SOUTH FREMONT AVENUE
ALHAMBRA, CALIFORNIA 91803-1331
Telephone: (818) 458-5100

*INFN*

HARRY W. STONE, Director

## NOTICE

IN REPLY PLEASE REFER TO FILE:

Date: Sept. 15, 2000   File No. 7187-35776
To: Hussain M. Shaikh   Permit No. _____
Site Name: Pacifica Chemical Inc.   Violation No. V000 303786
Site Address: 132 W. 132nd St. LA CA 90061-1619
Mailing Address: _____

### PERMIT REQUIRED

It has come to the attention of this office that you are utilizing or are presently responsible for the maintenance of industrial waste pretreatment or disposal facilities at the subject site. You are required to submit the items checked below, within 30 days from the date of this Notice, to continue use of your facility:

[X] Complete and sign the enclosed permit application.

[ ] Complete and sign the enclosed Additional Information Questionnaire for Permit Applicants.

[X] An application fee of $155.00, and Plan check fee of $_____. Total $155.00 payable to the [ ] County of Los Angeles Department of Public Works, [ ] City of _____.

[X] Other: Since Pacifica Chemical Inc. has moved out you are now responsible for the site as the property owner

An Annual Industrial Waste Inspection Fee may be required upon permit issuance. If you have any questions regarding this matter, please contact Edward Calleros, Monday through Friday, 8:00 a.m. to 9:30 a.m., at (310) 534-4862.

Very truly yours,

HARRY W. STONE
Director of Public Works

BY: *Edward Calleros*
ENVIRONMENTAL PROGRAMS DIVISION
WASTE CONTROL ENGINEERING INSPECTOR

> DEPARTMENT OF PUBLIC WORKS
> ENVIRONMENTAL PROGRAMS DIVISION
> 24320 S. NARBONNE AVE
> LOMITA CA 90717-1194

Enc.

PERM.RQD