JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Facsimile:   (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile:   (213) 629-1033

Attorneys for Plaintiffs
TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HUSSAIN M. SHAIKH, an individual, HAROON KHAN, an individual, and SHAH CHEMICAL CORPORATION, a California Corporation.<br><br>Defendants. | Case No.: 2:19-CV-02123-DMG-AGR<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT SHAH CHEMICAL CORPORATION PURSUANT TO FED. R. CIV. P. 55(a)**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>First Amended Complaint: 06/04/2019 |

**TO THE CLERK OF THE COURT:**

WHEREAS, Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jaqueline Fleischer ("Plaintiffs") filed their Complaint against Defendant Shah Chemical Corporation ("Shah Chemical" or "Defendant")[1] on March 21, 2019 (Dkt. 1);

WHEREAS, on April 1, 2019, Bret Stone with the Paladin Law Group agreed via email to accept service of the Complaint on behalf of Shah Chemical (Dkt. 25-1 Ex. 2);

WHEREAS, on April 19, 2019, Mr. Stone executed a Notice and Acknowledgement of Receipt of Summons and Complaint ("Acknowledgment") on behalf of Shah Chemical, which Acknowledgment was subsequently filed with this Court on April 25, 2019 (Dkt. 19);

WHEREAS, on April 30, 2019, Kirk M. Tracy, an attorney with the Paladin Law Group, sent Plaintiffs a "meet and confer" letter on behalf of Shah Chemical, and Shah Chemical's co-defendant in the action, Mr. Hussain M. Shaikh. In the letter, Mr. Tracy stated that "as against Shah, we intend to move to dismiss the entire Complaint . . as a duplicate or parallel suit to an already-pending action." (Dkt. 25-1 Ex. 4);

WHEREAS, the Parties stipulated to an extension of time for Defendants to respond to the Complaint (Dkt. 21), and Plaintiffs subsequently filed a First Amended Complaint ("FAC") on June 4, 2019 (Dkt. 22);

WHEREAS, on June 4, 2019, Plaintiffs provided a detailed response letter to Mr. Tracy and Mr. Stone describing the changes made in the FAC that addressed some of the issues raised in Mr. Tracy's April 30 letter (Dkt. 25-1 Ex. 7);

WHEREAS, pursuant to Mr. Tracy's written request, Plaintiffs provided a

---

[1] Hussain M. Shaikh was also named as a Defendant in the Complaint. As Shaikh has filed a response in this action (Dkt. 29), this Request for Entry of Default pertains only to Shah Chemical.

copy of the FAC to Mr. Tracy and Mr. Stone on June 5, 2019 (Dkt. 25-1 Ex. 8);

WHEREAS, Shah Chemical did not respond to the FAC within the time allowed under the Federal Rules of Civil Procedure, and this Court issued an Order to Show Cause for why the FAC should not be dismissed (Dkt. 23);

WHEREAS, Plaintiffs re-served the FAC on Shah Chemical's counsel, Mr. Stone and Mr. Tracy, on July 10, 2019, via first-class mail (Dkt. 24), which resulted in a response deadline for Shah Chemical of July 29, 2019;

WHEREAS, this Court discharged the Order to Show Cause on July 19, 2019, and ordered that Defendant Shah Chemical respond to the FAC by July 29, 2019 (Dkt. 26);

WHEREAS, Mr. Stone sent an email to Plaintiffs' counsel on July 19, 2019, attaching a docket sheet from the U.S. Bankruptcy Court for the Central District of California indicating that a Chapter 7 bankruptcy proceeding naming Shah Chemical Corporation as the debtor was commenced in 1983, and the case was closed on March 5, 1992. Mr. Stone requested that Plaintiffs dismiss Shah Chemical from the above-entitled matter on this basis (Dkt. 27 Ex. A);

WHEREAS, Shah Chemical, as a corporate debtor, was not eligible for a discharge under Chapter 7 of the bankruptcy code, 11 U.S.C. § 727(a)(1), and the bankruptcy case is now closed and therefore no stay is currently in place;

WHEREAS, Shah Chemical has been properly served with the FAC through its counsel, who accepted service on its behalf, and Shah Chemical has failed to file a response within the time allotted under the Federal Rules;

WHEREAS, this Court issued an Order to Show Cause on August 7, 2019, which order identified as an appropriate response thereto an application for entry of default against Shah Chemical pursuant to Fed. R. Civ. P. 55(a) (Dkt. 30);

NOW, THEREFORE, Plaintiffs hereby request that the Clerk in the above-entitled Court enter default against Defendant Shah Chemical pursuant to Fed. R.

1  Civ. P. 55(a) for failure to answer or otherwise defend the action.
2       Respectfully submitted,
3
4  Date: August 20, 2019          **RAINES FELDMAN LLP**
5
6                                 /s/ JOHN S. CHA
                                  ―――――――――――――――
                                  John S. Cha
7                                 Counsel for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28