JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Facsimile:  (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile:  (213) 629-1033

Attorneys for Plaintiffs
TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HUSSAIN M. SHAIKH, an individual, HAROON KHAN, an individual, and SHAH CHEMICAL CORPORATION, a California Corporation.<br><br>　　　　　Defendants. | Case No.: 2:19-CV-02123-DMG-AGR<br><br>**NOTICE OF DISMISSAL OF DEFENDANT HAROON KHAN PURSUANT TO FRCP 41(a)(1)**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>First Amended Complaint: 06/04/2019 |

*TC RICH v. SHAIKH, et al.*　　　　　　　　　　　　FRCP 41(a)(1) NOTICE OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　　　OF KHAN WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismiss all claims without prejudice against defendant Haroon Khan.

Defendant Haroon Khan has not answered the complaint and has not filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. *See Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

Dated: December 9, 2019            RAINES FELDMAN LLP

By: /s/ John S. Cha
      John S. Cha

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Mark E. Elliott
      Mark E. Elliott

Attorneys for Plaintiffs
TC RICH, LLC, RIFLE FREIGHT, INC., FLEISCHER CUSTOMS BROKERS, RICHARD G. FLEISCHER, AND JACQUELINE FLEISCHER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, John S. Cha, attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

/s/ John S. Cha