JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, et al. | Case No. 2:19−cv−02123−DMG−AGR |
| Plaintiffs, | Hon. Dolly M. Gee |
| v. | **JOINT RULE 26(f) AND SCHEDULING CONFERENCE REPORT** |
| HUSSAIN M. SHAIKH, et al. | |
| Defendants. | Conference Date: January 17, 2020<br>Time: 9:30 a.m. |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Central District Local Rule 26-1, and the Court's November 27, 2019 Order (Docket No. 47), the parties hereby present their joint report:

## I. SHORT SYNOPSIS OF PRINCIPAL ISSUES IN THE CASE:

The current owners and operators of 132 West 132nd Street, Los Angeles, California (the "Property") bring this action under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. §§ 9601 et seq. ("CERCLA"), the Resource Conservation and Recovery Act 42 U.S.C. § 6901 et seq. ("RCRA") and other common law torts against the former owner and operator of the Property for hazardous substance contamination at and release from the Property.

Former owner Hussain M. Shaikh ("Shaikh") states counterclaims against the current owner and operators of the Property for contribution and declaratory relief in connection with the hazardous substance contamination at the Property and the spread of such contamination from the Property.

## II. NOT COMPLEX LITIGATION:

The Manual for Complex Litigation should not be utilized in this case.

## III. SETTLEMENT EFFORTS:

The parties previously attended mediation on February 22, 2019 before Mr. Timothy Gallagher, and intend to return to mediation in April 2020 after the completion of testing at the Property and surrounding area that will allow the parties to better estimate remediation costs.

## IV. POSSIBLE ADDITIONAL PARTIES:

An entity called 13301 S. Main Street, LLC, the owner of 13301 S. Main Street, Los Angeles, California, which adjoins the Property, could intervene in this action alleging that hazardous substance contamination at the Property has run into the adjacent property.

1   Plaintiffs do not anticipate naming any additional Defendants in this action.

2   **V.   NO ANTICIPATED AMENDMENTS:**

3   The parties do not anticipate amending their current pleadings.

4   **VI.   DISPOSITIVE MOTIONS:**

5   Plaintiffs do not anticipate filing any dispositive motions.  Shaikh could file a
6   motion for partial summary judgment regarding certain causes of action in the
7   operative pleadings.

8   **VII.   TYPE AND LENGTH OF TRIAL:**

9   The parties estimate trial to take 7 court days. The parties will consider
10  expediting trial by introducing direct testimony through written declarations, and
11  reserving live witness testimony for cross-examination and re-direct.

12  The trial will be a bench trial.

13  The trial date will be addressed below in the schedule of pre-trial and trial
14  dates worksheet per the Court's November 27, 2019 order.

15  The parties make no proposals for bifurcation at this time.

16  **VIII.   DISOVERY PLAN:**

17  The parties anticipate that discovery will primarily concern the issues of
18  ownership, control, and operation of the Property, as well as the relevant issues
19  concerning the contamination at issue, such as knowledge of the contamination,
20  when and how contamination occurred, any spread from the Property, prior
21  containment or remediation efforts, and the cost to remediate the present
22  contamination.

23  The parties have discussed the need to preserve electronic documents relevant
24  to the issues but note that given the time period when Defendants' owned and
25  controlled the Property, they will not likely have extensive relevant electronic
26  documents.

27  Plaintiffs and Shaikh agree to limit requests for admission, with each party

28

---

*TC RICH et al. v. SHAIKH, et al.*  
Case No. 2:19−cv−02123−DMG−AGR

**JOINT RULE 26(f) AND SCHEDULING CONFERENCE REPORT**

1  required to respond to no more than 50 requests, except for requests for admission to
2  authenticate documents.
3      The parties do not propose any modification to the Federal Rules of Civil
4  Procedure with respect to interrogatories or requests for production of documents.
5      Plaintiffs propose that each side will be limited to 6 depositions per side, each
6  limited to 7 hours. Shaikh is uncomfortable with such a limitation given that there
7  are five separate plaintiffs.
8      On the dates for initial expert designations and disclosures, further addressed
9  in the in the schedule of pre-trial and trial dates worksheet, Plaintiffs will make
10 designations and disclosures of experts concerning issues for which they have the
11 burden of proof, and Shaikh will make designations and disclosures of experts for
12 which he has the burden of proof.
13     The parties agree that discovery in the related action of *TC Rich, LLC, et al. v.*
14 *Pacifica Chemical Inc., et al.*, CV 15-4878-DMG (AGRx) may be used for all
15 purpose herein as if it was taken in this action.
16     The parties agree to electronic service of documents not filed with the Court
17 via ECF.

## IX.  SCHEDULE OF PRE-TRIAL AND TRIAL DATES

| | |
|---|---|
| Court Trial – Seven Days | June 1, 2021, 8:30 a.m. |
| Final Pre-Trial Conference | May 4, 2021 2:00 p.m. |
| Amended Pleadings and Addition of Parties Cut-Off | April 16, 2020 |
| Non-Expert Discovery Cut-Off (includes hearing of non-expert-related discovery motions) | December 18, 2020 |
| Motion Cut-Off Filing Deadline | January 22, 2021 |
| Initial Expert Disclosure Deadline | January 29, 2021 |

| Initial Expert Report Deadline | February 12, 2021 |
|---|---|
| Rebuttal Expert Disclosure and Report Deadline | March 12, 2021 |
| Expert Discovery Cut-off (includes hearing of expert-discovery-related motions) | April 9, 2021 |
| Settlement Conference Completion Date | April 14, 2021 |
| Motions in Limine Filing Deadline | April 21, 2021 |
| Opposition to Motions in Limine Filing Deadline | April 28, 2021 |

Dated: January 3, 2020          Respectfully submitted,

**RAINES FELDMAN LLP**


          /s/ John S. Cha
By: _____
          JOHN S. CHA
Attorneys for PLAINTIFFS
TC RICH, LLC, Rifle Freight, Inc., Fleischer Custom Brokers, Richard G. Fleischer, and Jacqueline Fleischer


Dated: January 3, 2020          **PALADIN LAW GROUP LLP**


          /s/ Bret A. Stone
By: _____
          BRET A. STONE
Attorneys for DEFENDANT HUSSAIN M. SHAIKH