### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC Rich, LLC, et al., | **CASE NUMBER** |
| | CV 19-2123-DMG (AGRx) |
| Plaintiff(s) | |
| v. | |
| Hussain M. Shaikh, et al., | **ORDER/REFERRAL TO ADR** |
| Defendant(s). | |

The Court, having reviewed the parties' Request: ADR Procedure Selection (Form ADR-01), the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1:**  This case is referred to ☐ the magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.  Counsel are directed to contact the magistrate judge's courtroom deputy to arrange a date and time for the ADR proceeding.

☐ **ADR PROCEDURE NO. 2:**  This case is referred to the Court Mediation Panel.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral on the Court Mediation Panel who will conduct the mediation and shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☑ **ADR PROCEDURE NO. 3 :**  This case is referred to private mediation.  Counsel are directed to contact the private mediator of their choice to arrange a date and time for the mediation.

**IT IS FURTHER ORDERED:**

The ADR proceeding is to be completed by: _____ 4-6-21 _____

The parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions.

Joint status report re settlement due by: _____ 4-13-21 _____

Dated: February 14, 2020

_____
Dolly M. Gee, United States District Judge