RAINES FELDMAN LLP
JOHN S. CHA, ESQ. (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:  (310) 440-4100
Facsimile:   (424) 239-1613

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:  (213) 488-7100
Facsimile:   (213) 629-1033

Attorneys for Plaintiffs
TC RICH, LLC, Rifle Freight, Inc., Fleischer
Customs Brokers, Richard G. Fleischer, and
Jacqueline Fleischer

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HUSSAIN M. SHAIKH, an individual, HAROON KHAN, an individual, and SHAH CHEMICAL CORPORATION, a California Corporation. <br><br> Defendants. | Case No.: 2:19-CV-02123-DMG-AGR <br><br> **NOTICE OF LODGING OF PLAINTIFFS' [PROPOSED] ORDER DENYING SHAIKH'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFFS** <br><br> Courtroom: 8C <br> Judge: Hon. Dolly M. Gee <br> Date:   February 19, 2021 <br> Time:  3:00 p.m. <br><br> First Amended Complaint: 06/04/2019 |

*TC RICH v. Shaikh, et al.*                                          **NOTICE OF LODGING**

4811-2132-2970.v1

1      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD HEREIN:

3      PLEASE TAKE NOTICE that Plaintiffs TC Rich, LLC ("TC Rich"), Rifle

4  Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline

5  Fleischer (collectively, "Plaintiffs") hereby lodge the attached [Proposed] Order

6  Denying Shaikh's Motion for Partial Summary Judgment against Plaintiffs.

7

8  Dated: February 2, 2021

9                  PILLSBURY WINTHROP SHAW PITTMAN LLP

10

11              By:    */s/ Mark E. Elliott*

12                   MARK E. ELLIOTT

13                  Attorneys for Plaintiffs

14                  TC RICH, LLC, Rifle Freight, Inc., Fleischer
                   Customs Brokers, Richard G. Fleischer, and

15                  Jacqueline Fleischer

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*TC RICH v. Shaikh, et al.*         1         **NOTICE OF LODGING**