RAINES FELDMAN LLP
JOHN S. CHA, ESQ. (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>HUSSAIN M. SHAIKH, an individual, HAROON KHAN, an individual, and SHAH CHEMICAL CORPORATION, a California Corporation.<br><br>    Defendants. | Case No.: 2:19-CV-02123-DMG-AGR<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF HUSSAIN SHAIKH AND RICHARD AND JACQUELINE FLEISCHER**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br>Date: February 19, 2021<br>Time: 3:00 p.m.<br><br>First Amended Complaint: 06/04/2019 |

*TC RICH v. Shaikh, et al.*                            NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to Local Rule 32-1, Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer hereby lodge certified copies of the following deposition transcripts:

- Hussain Shaikh, taken on December 1, 2020; and
- TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Inc., Through Its Designee, Richard G. Fleischer, Jr. & Jacqueline A. Fleischer, and Also In Individual Capacities, taken on December 8, 2020.

An Index of Testimony Plaintiffs cite as evidence in support of their Motion for Partial Summary Judgment Against Hussain M. Shaikh is attached hereto as Exhibit A.

Dated: February 9, 2021         Respectfully submitted,

                                PILLSBURY WINTHROP SHAW PITTMAN LLP

                                By:   /s/ Mark E. Elliott
                                       MARK E. ELLIOTT

                                Attorneys for Plaintiffs
                                TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# EXHIBIT A

**Exhibit A: Index of Deposition Testimony Cited in Support of Motion for Partial Summary Judgment Against Hussain M. Shaikh By Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer**

| Testimony | Page/Line |
|---|---|
| Deposition of Hussain Shaikh, taken December 1, 2020. | [12:25-13:13] |
| Shaikh Dep. | [30:10-31:25] |
| Shaikh Dep. | [32:13-19] |
| Shaikh Dep. | [33:17-34:14] |
| Shaikh Dep. | [35:2-36:2] |
| Shaikh Dep. | [39:6-11] |
| Shaikh Dep. | [39:22-42:5] |
| Shaikh Dep. | [42:14-20] |
| Shaikh Dep. | [43:2-6] |
| Shaikh Dep. | [44:13-45:2] |
| Shaikh Dep. | [45:10-23] |
| Shaikh Dep. | [46:6-16] |
| Shaikh Dep. | [48:12-54:1] |
| Shaikh Dep. | [55:2-12] |
| Shaikh Dep. | [56:15-57:8] |
| Shaikh Dep. | [58:3-14] |
| Shaikh Dep. | [58:18-59:6] |
| Shaikh Dep. | [60:13-18] |

| Testimony | Page/Line |
|---|---|
| Shaikh Dep. | [61:21-63:2] |
| Shaikh Dep. | [63:21-64:3] |
| Shaikh Dep. | [64:16-65:19] |
| Shaikh Dep. | [65:22-66:6] |
| Shaikh Dep. | [66:19-67:5] |
| Shaikh Dep. | [69:1-5] |
| Shaikh Dep. | [69:8-13] |
| Shaikh Dep. | [69:18-71:21] |
| Shaikh Dep. | [73:1-74:25] |
| Shaikh Dep. | [75:20-76:14] |
| Shaikh Dep. | [76:20-77:9] |
| Shaikh Dep. | [77:12-78:1] |
| Shaikh Dep. | [78:8-79:1] |
| Shaikh Dep. | [84:19-84:5] |
| Shaikh Dep. | [85:3-10] |
| Shaikh Dep. | [85:13-86:6] |
| Shaikh Dep. | [86:20-87:5] |
| Shaikh Dep. | [99:6-100:16] |
| Shaikh Dep. | [101:15-19] |
| Shaikh Dep. | [106:17-108:14] |
| Shaikh Dep. | [108:23-111:19] |

| Testimony | Page/Line |
|---|---|
| Shaikh Dep. | [111:24-112:15] |
| Shaikh Dep. | [114:3-8] |
| Shaikh Dep. | [114:17-115:23] |
| Shaikh Dep. | [116:14-23] |
| Shaikh Dep. | [117:3-118:4] |
| Shaikh Dep. | [118:7-119:2] |
| Shaikh Dep. | [119:24-120:21] |
| Shaikh Dep. | [126:20-127:12] |
| Shaikh Dep. | [128:2-129:9] |
| Shaikh Dep. | [132:18-134:21] |
| Shaikh Dep. | [135:20-137:25] |
| Shaikh Dep. | [142:5-24] |
| Shaikh Dep. | [144:2-5] |
| Shaikh Dep. | [144:18-145:15] |
| Shaikh Dep. | [152:25-155:24] |
| Shaikh Dep. | [159:9-160:3] |
| Shaikh Dep. | [162:10-163:9] |
| Shaikh Dep. | [163:22-164:25] |
| Shaikh Dep. | [166:22-167:1] |
| Shaikh Dep. | [169:4-16] |
| Shaikh Dep. | [171:1-7] |

| Testimony | Page/Line |
|---|---|
| Shaikh Dep. | [180:2-10] |
| TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Inc., Through Its Designee, Richard G. Fleischer, Jr. & Jacqueline A. Fleischer, and Also In Individual Capacities, taken December 8, 2020. | [12:9-16] |
| Flesicher Dep. | [12:21-13:6] |
| Flesicher Dep. | [13:15-23] |
| Flesicher Dep. | [15:23-16:2] |
| Flesicher Dep. | [16:6-17:9] |
| Flesicher Dep. | [17:16-21:11] |
| Flesicher Dep. | [23:7-24:8] |
| Flesicher Dep. | [28:6-29:3] |
| Flesicher Dep. | [33:6-24] |
| Flesicher Dep. | [34:4-7] |
| Flesicher Dep. | [35:11-22] |
| Flesicher Dep. | [50:12-51:19] |
| Flesicher Dep. | [59:15-61:17] |
| Flesicher Dep. | [62:10-63:8] |
| Flesicher Dep. | [64:21-65:6] |
| Flesicher Dep. | [68:24-69:14] |
| Flesicher Dep. | [73:22-74:5] |

4

| Testimony | Page/Line |
|---|---|
| Flesicher Dep. | [75:3-76:5] |
| Flesicher Dep. | [84:21-85:16] |
| Flesicher Dep. | [99:24-101:12] |
| Flesicher Dep. | [102:8-103:23] |
| Flesicher Dep. | [104:17-25] |
| Flesicher Dep. | [105:5-106:8] |
| Flesicher Dep. | [107:7-21] |
| Flesicher Dep. | [110:4-10] |
| Flesicher Dep. | [110:25-111:2] |
| Flesicher Dep. | [112:10-21] |