UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 19-2123-DMG (AGRx)**  Date  February 19, 2021

Title  *TC Rich, LLC, et al. v. Hussain M. Shaikh, et al.*

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Mark E. Elliott - VTC | Bret A. Stone - VTC |
| Nathaniel M. Carle - VTC | Kirk M. Tracy - VTC |

**Proceedings:   DEFENDANT AND COUNTER-CLAIMANT HUSSAIN M. SHAIKH'S MOTION FOR PARTIAL SUMMARY JUDGMENT [59]**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST HUSSAIN M. SHAIKH [61]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motions shall be taken under submission and a written order will issue.

:21