JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TC RICH, LLC, et al.

Plaintiffs,

v.

HUSSAIN M. SHAIKH, et al.

Defendants.

Case No. 2:19−cv−02123−DMG−AGR

Hon. Dolly M. Gee

**JOINT STATUS REPORT RE SETTLEMENT**

Action Filed: March 21, 2019
Trial Date: June 1, 2021

The parties submit this joint status report regarding settlement pursuant to the Court's schedule of pre-trial and trial dates.

The parties held a mediation before Timothy Gallagher on March 22, 2021, and continued to conduct settlement negotiations with Mr. Gallagher's assistance in the days thereafter, resulting in a conference call with Mr. Gallagher and all counsel on March 26, 2021. Following the March 26, 2021 conference call, the parties have continued to engage in emails and phone calls with Mr. Gallagher regarding the possibility of reaching settlement.

While the parties have negotiated and continue to negotiate in good faith, they have not yet reached agreement on settlement terms and intend to proceed to trial.

Dated: April 13, 2021

**RAINES FELDMAN LLP**

*/s/ John S. Cha*
John S. Cha
Counsel for Plaintiffs

Dated: April 13, 2021

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Mark Elliott*
Mark Elliott
Counsel for Plaintiffs

Dated: April 13, 2021

**PALADIN LAW GROUP® LLP**

*/s/ Bret A. Stone*
Bret A. Stone
Counsel for Defendant Hussain M. Shaikh

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 13, 2021, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2021.

By: /s/ Frances Villalobos