JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>HUSSAIN M. SHAIKH, et al.<br><br>    Defendants. | Case No. 2:19−cv−02123−DMG−AGR<br><br>Hon. Dolly M. Gee<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:   March 21, 2019<br>Trial Date:      January 18, 2022 |

The parties submit this joint status report regarding settlement and mediation efforts in advance of the Court's August 20, 2021 status conference.

The parties and their insurance companies have worked on multiple occasions with Timothy Gallagher since the parties' trial conference. The parties are in the process of drafting long form settlement documents, although negotiations of certain terms remain ongoing. Over the past two weeks the parties have held several teleconferences and have continued to involve Mr. Gallagher during the drafting process in an effort to reach final settlement terms.

In light of the January 18, 2022 trial date, the parties would request that the Court set another status conference in 30 days.

Dated: August 13, 2021  **RAINES FELDMAN LLP**

By: /s/*John S. Cha*
John S. Cha
Counsel for Plaintiffs

Dated: August 13, 2021  **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/*Mark Elliott*
Mark Elliott
Counsel for Plaintiffs

Dated: August 13, 2021  **PALADIN LAW GROUP® LLP**

By: /s/*Bret A. Stone*
Bret A. Stone
Counsel for Defendant
Hussain M. Shaikh