JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HUSSAIN M. SHAIKH, et al.<br><br>　　　　Defendants. | Case No. 2:19−cv−02123−DMG−AGR<br><br>Hon. Dolly M. Gee<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:　March 21, 2019<br>Trial Date:　　January 18, 2022 |

1  The Parties submit this joint status report regarding settlement efforts in
2  advance of the Court's September 24, 2021 status conference.
3  The Parties, including the Plaintiff-Intervenor in Related Case No. CV 15-
4  4878 DMG (AGRx) are continuing their efforts to finalize long form settlement
5  documents. Given the multiple parties and complexity of the settlement under
6  discussion, the process has taken substantial time and effort and negotiations of
7  certain terms remain ongoing. The Parties, and Plaintiff-Intervenor, continue to
8  work productively toward a final settlement.
9  The Parties would request that the Court set another status conference in 30
10 days.

12 Dated: September 17, 2021    **RAINES FELDMAN LLP**

14                              By:  /s/ *John Cha*
15                                   John S. Cha
                                     Counsel for Plaintiffs

17 Dated: September 17, 2021    **PILLSBURY WINTHROP SHAW PITTMAN LLP**

19                              By:  /s/ *Mark Elliott*
20                                   Mark Elliott
                                     Counsel for Plaintiffs

22 Dated: September 17, 2021    **PALADIN LAW GROUP® LLP**

24                              By:  /s/ *Bret A. Stone*
25                                   Bret A. Stone
                                     Counsel for Defendant
26                                   Hussain M. Shaikh