JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HUSSAIN M. SHAIKH, *et al.*, <br><br> *Defendants*. <br><br> AND RELATED COUNTER-CLAIMS. | Case No. CV 19-2123-DMG (AGRx) <br><br> ORDER RE DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS WITH PREJUDICE [109] <br><br> F.R.C.P. 41(a)(2) |

Pursuant to the parties' Settlement Agreement and Release, the terms of which are expressly incorporated into this Order, and good cause appearing,

IT IS HEREBY ORDERED that all respective claims and cross-claims in the above-captioned action are DISMISSED with prejudice. The Court retains jurisdiction over the Parties to enforce the terms of the Settlement Agreement and Release. All scheduled dates and deadlines are VACATED.

DATED: January 31, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE